LILA M. GRAHAM, APPELLANT, V. PANTEL REALTY COMPANY
ET AL., APPELLEES.

FILED JANUARY 23, 1931. No. 27335.

*Morrow & Morrow*, for appellant.

*Mothersead & York, contra.*

Heard before GOSS, C. J., ROSE, GOOD, THOMPSON, EBER-
LY and DAY, JJ.

EBERLY, J.

The questions presented by this appeal are identical with
those presented in the case of *Gentle v. Pantel Realty
Co.*, p. 630, *post*; and pursuant to the written stipulation
of the parties, and upon the authority of such *Gentle* case,
the judgment in the present case is reversed and the cause
remanded, with like directions.

REVERSED.